**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**August 4, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| NICHOLAS KEITH FLETCHER | ) | 3:20-MJ- |
| | ) | |
| | ) | 3:20-MJ-802-BT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 23, 2020  in the county of  Ellis  in the
 Northern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*William Ellstrom*
*Complainant's signature*

William Ellstrom, TFO FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: 8/4/2020

*[signature]*
*Judge's signature*

City and state: Dallas, Texas

REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, William Ellstrom, am a Task Force Officer (TFO) with the FBI-Dallas Division and assigned to the Violent Crimes Task Force, with primary duties to investigate bank robberies. I have been employed as a TFO for approximately eight (10) years, and have been a Garland police officer for approximately thirty (30) years.

I believe **NICHOLAS KEITH FLETCHER**, is the individual who, on or about July 23, 2020, robbed the First Convenience Bank located at 1200 N. Highway 77, Waxahachie, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC). This affidavit is based on my personal knowledge and information provided to me by other law enforcement officers who participated in this investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation.

## FACTS

On July 23, 2020, at approximately 12:37 PM, I was notified of a bank robbery that occurred at the First Convenience Bank, 1200 N. Highway 77, Waxahachie, Texas 75165 which is located inside a Walmart store. I arrived and interviewed the victim teller, B.P., who stated that at approximately 12:02 PM, a black male suspect, later identified as **NICHOLAS KEITH FLETCHER**, entered the bank and approached her. FLETCHER presented a note which read, "I have a gun, give me the money now!!! If you try anything we both will DIE TODAY!". FLETCHER then verbally stated, "I am dead serious." B.P. stated she was in fear for her life, complied and handed over cash from her top drawer. FLETCHER took the money and fled the location on foot. B.P. pressed the silent alarm and police responded. FLETCHER was described as a black, male, approximately 6"00", 240 pounds. The reported loss amount was $2,728.00 in U.S. Currency and was FDIC insured.

**Affidavit—Page 1**

On August 01, 2020, FLETCHER turned himself in to the Waxahachie Police Department. Detectives met with FLETCHER and interviewed him about the bank robbery. FLETCHER was read his *Miranda* rights and agreed to speak with detectives. FLETCHER stated he has been unable to maintain a job and has a drinking problem. He further stated that he saw on the news where someone had robbed a bank using a note and made away with money. He thought that if it were that easy, he could do the same thing. FLETCHER stated he dressed up and committed the robbery at the First Convenience Bank located at 1200 N. Highway 77, in Waxahachie. FLETCHER then told detective he threw the clothes away in a dumpster located in an apartment complex in Corsicana, Texas. FLETCHER stated he used the money to pay a couple of bills and spent the rest at a strip club. He was shocked at how quickly the money disappeared. FLETCHER stated that was thinking of doing another bank robbery but began to feel guilty and decided to turn himself into Waxahachie Police Department. FLETCHER matches the physical description of the bank robber and gave details of the offense that only the suspect would know such as the amount of money obtained, around $2,700.00, and clothing he was wearing, specifically, a green construction hard hat and blue Dickies style shirt.



Texas Driver's License Photo        Surveillance Photo

Affidavit—Page 2

The robbery note used by the subject during the offense was recovered at the crime scene.



## CONCLUSION

Based on the forgoing facts and circumstances, there is probable cause to believe that on or about July 23, 2020, **NICHOLAS KEITH FLETCHER**, committed the above-referenced robbery at First Convenience Bank 1200 N. Highway 77, Waxahachie, Texas, a location within the Dallas Division of the Northern District of Texas, in violation of 18 U.S.C. § 2113(a), in that **NICHOLAS KEITH FLETCHER** entered a federally insured bank with the intent to commit in such bank any felony affecting such bank or any larceny. Therefore, I respectfully request the issuance of a criminal complaint and arrest warrant for the offense of bank robbery, a violation of 18 U.S.C. § 2113(a).

*William Ellstrom*
_____
WILLIAM ELLSTROM
Task Force Officer, FBI
Dallas, Texas

Sworn to and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1 before me this __4th__ day of August, 2020.

_____
REBECCA RUTHERFORD
United States Magistrate Judge
Northern District of Texas